NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NICHOLAS BROWN,                    )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D19-778
                                   )
SARA IZQUIERDO-HERNANDEZ, as       )
personal representative of the Estate of )
Leymir Hernandez-Lemus, deceased;  )
HCA, Inc., West Florida – TCH, LLC, )
d/b/a Tampa Community Hospital;    )
Eleanine M. Hardy-Hunter, M.D.;    )
Eleanine Hardy-Hunter, M.D., P.A.; )
Armando Nicolas Gutierrez, M.D.; A. )
Nicolas Gutierrez, M.D., P.A.; William )
Cross Dudney, IV, M.D; Monica Hudson, )
CRNA; Florida Gulf-To-Bay          )
Anesthesiology Associates, LLC.;   )
Autologous Blood Resources, Inc.;  )
Amie Murawski; Yolanda Whitmore;   )
Tony V. Tran; and Phillip D. Krystofiak, )
                                   )
          Appellees.               )
_____ )

Opinion filed September 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for
Hillsborough County; Robert A. Foster, Jr.,
and Ralph C. Stoddard, Judges.

Benjamin L. Bedard and Jeffrey W.
Hurcomb of Roberts, Reynolds, Bedard &
Tuzzio, PLLC, West Palm Beach, for
Appellant.

K. Mitch Espat of MattLaw, Tampa, for
Appellee Sara Izquierdo-Hernandez, as
personal representative of the Estate
of Leymir Hernandez-Lemus, deceased.

No Appearance for remaining Appellees.

PER CURIAM.

Affirmed.

CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.